UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 30 2018

BY DEPUTY _OC_

United States of America
(Plaintiff)

vs

Esam Ali Hasan
(Defendant)

Case No. 1:17-CR-48-5

MOTION TO PROCEED IN FORMA PAUPERIS apell

I, plaintiff, __Esam Ali Hasan__, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff  Esam Ali Hasan
Address  211 Dominion Park Drive, Houston, Texas 77060
Phone  346-857-4641

Date 5/30/2018

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES ✓ NO ____

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $ 2,000 per month

    Employer River Oaks

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $ _____ per month

    Employer _____

2. Is your spouse presently employed? YES ____ NO ✓

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $ _____ per month

    Employer _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment?  YES ✓   NO ____

   (b) Rent payment, interest or dividends?  YES ____   NO ✓

   (c) Pensions, annuities, or life insurance payment?  YES ____   NO ✓

   (d) Gifts or inheritances?  YES ____   NO ✓

   (e) Any other sources?  YES ____   NO ✓

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   My job at River Oaks

4. How much cash do you and your spouse have? $ 1,000

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   Wells Fargo Bank : $1000

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address   211 Dominion Park Apartments
   Value of Home   N/A
   Motor Vehicle #1 Make, Year, Model   International Truck 2012
   Value of Motor Vehicle #1   N/A

3

       Motor Vehicle #2 Make, Year, Model _____

       Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____ NO \_\_✓\_\_

   If the answer is "YES", describe the property and state its approximate value.

   _____

   _____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   \_\_\_\_\_N/A_____

   _____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____ NO _____

   If yes, describe below or on an attached sheet.

   _____

   _____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.
Rent or home-mortgage payment  $850.00

    Utilities (electricity, heating fuel, water, sewer, and phone)  $200.00

    Home maintenance (repairs and upkeep) _____

    Food  $300.00

4

Clothing _N/A_

Laundry and dry-cleaning _N/A_

Medical and dental expenses _N/A_

Transportation (not including motor vehicle payments) _$300.00_

Recreation, entertainment, newspapers, magazines, etc. _N/A_

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _$10_

    Life insurance _N/A_

    Health insurance _N/A_

    Motor vehicle insurance _$100_

    Other insurance _____

Taxes (not deducted from wages or included in mortgage payments) _N/A_

Installment payments

    Motor vehicle _N/A_

    Credit card _N/A_

    Department store credit card _N/A_

    Other installment payments _N/A_

Alimony, maintenance and support paid to others _N/A_

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) _N/A_

Other expenses _N/A_

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

I Am not making enough to Afford A lawyer

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_____
Signature of Applicant